UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN SEDILLO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-1382 DSF (JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the November 29, 2018 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED that (1) the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied on the merits; (2) this action is dismissed with prejudice; and (3) Judgment shall be entered accordingly.

///
///
///

1 IT IS FURTHER ORDERED that the Clerk serve copies of this Order, and
2 the Judgment herein on petitioner and counsel for respondent.
3 IT IS SO ORDERED.

DATED: March 25, 2019

*[signature: Dale S. Fischer]*

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE