JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN SEDILLO,<br><br>               Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY, Warden,<br><br>               Respondent. | Case No. CV 16-1382 DSF (JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: March 25, 2019

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE